**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7993**

CRAIG BURRIS,

　　　　　　　Plaintiff - Appellant,

　　　v.

CLERK, BALTIMORE COUNTY CIRCUIT COURT,

　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.　Richard D. Bennett, District Judge. (1:15-cv-03006-RDB)

Submitted:　May 18, 2016　　　　　　　　Decided:　May 20, 2016

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Craig Burris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Burris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burris v. Clerk, Balt. Cty. Cir. Ct., No. 1:15-cv-03006-RDB (D. Md. Dec. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED